**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE SAID,<br><br>        Plaintiff,<br><br>  v.<br><br>ENCORE SENIOR LIVING LLC; DOES 1-60 INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 11-01033 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in Defendant's favor, that Plaintiff take nothing on her Complaint, and that the Complaint be DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 24, 2012

                                    VIRGINIA A. PHILLIPS
                                    United States District Judge